```
 1  PAUL L. REIN, Esq. (SBN 43053)
    PATRICIA BARBOSA, Esq. (SBN 125865)
 2  JULIE MCLEAN, Esq. (SBN 215202)
    LAW OFFICES OF PAUL L. REIN
 3  200 Lakeside Dr., Suite A
    Oakland, CA 94612
 4  (510) 832-5001

 5  Attorney for Plaintiff:
    ELBERT MADISON
 6

 7  KELLY F. CANBY, Esq. (SBN 185227)
    ROBERTS, RASPE & BLANTON, LLP
 8  Union Bank Plaza
    445 South Figueroa St., Suite 3200
 9  Los Angeles, CA 90071
    (213) 430-4777
10
    Attorney for Defendants:
11  ACAPULCO RESTAURANTS, INC.;
    AAC FUNDING IV LLC; THE
12  MANUFACTURERS LIFE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ELBERT MADISON, | CASE NO. C04-2440 PVT |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| ACAPULCO RESTAURANTS, INC.; MARINA PLAYA APARTMENTS, LLC; MANUFACTURER'S LIFE INSURANCE CO. USA; and DOES 1 through 25, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

  1.  The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney

---

**Stipulation and Order for Dismissal:**
**Case No. C04-2440 PVT**

— 1 —

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

1  fees, litigation expenses and costs.  The agreement has been
2  memorialized in a separate Consent Decree and Order which was
3  signed by the Court on October 4, 2005.
4      2.   The payment of damages and attorney fees has been made
5  by defendants without any admission of liability.  Pursuant to
6  the terms of the Consent Decree and Order, the Court has
7  retained continuing jurisdiction to enforce the injunctive
8  relief terms.
9      3.   The parties therefore agree that, subject to the
10 court's continuing jurisdiction under the Consent Decree, the
11 action shall be dismissed with prejudice.
12
13 Dated: October 5, 2005          PAUL L. REIN
                                   PATRICIA BARBOSA
14                                 JULIE MCLEAN
                                   LAW OFFICES OF PAUL L. REIN
15
16                                 /s/ Julie McLean
                                   Attorneys for Plaintiff
17                                 ELBERT MADISON
18
19 Dated: October 5, 2005          KELLY F. CANBY
                                   ROBERTS, RASPE & BLANTON, LLP
20
21
22                                 /s/ Kelly F. Canby
                                   Attorneys for Defendants
23                                 ACAPULCO RESTAURANTS, INC.;
                                   AAC FUNDING IV LLC; THE
24                                 MANUFACTURERS LIFE INSURANCE
                                   COMPANY
25
26
27 ///
28 ///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Order for Dismissal:**
**Case No. C04-2440 PVT**
— 2 —
s:\jm\cases\a\acapulco\pleadings\stip for dismissal with prejudice.doc

**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.** The Court will retain jurisdiction to enforce the Consent Decree and Order, and the action is hereby dismissed with prejudice.

Dated: _____10/6/05_____

_____
Hon. Patricia V. Trumbull
U.S. Magistrate Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Order for Dismissal:
Case No. C04-2440 PVT**

— 3 —

s:\jm\cases\a\acapulco\pleadings\stip for dismissal with prejudice.doc